SCN 186835

[illegible]

D047458

FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

JAMES HAMMOND F-03607
CSP-CENTINELA C-4-143
2302 BROWN Rd
Imperial. CA 92251

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAMES HAMMOND
VS
VICTOR M. ALMAGER

'08 CV 1051 JM NLS

PETITIONER REQUEST FOR COURT TO FILE INSTANT 28 USC § 2254 PETITION AND THEN ISSUE STAY IN CASE AND HOLD PETITIONER IN ABEYANCE PENDING EXAUSTION OF PETITIONER PENDING STATE HABEAS PROCEEDING

PETITIONER JAMES HAMMOND Hereby REQUEST This COURT to file his Simultaneously Submitted 28 USC § 2254 Petition for WRIT of HABEAS CORPUS So that the Petitioner will secure and Preserve his "filing Deadline" date Pursuant to the time deadline limits under the AEDPA. Petitioners State direct Appeal was denied and stamped on March 14 2007 and thus under the AEDPA Petitioner 28 USC § 2254 filing Deadline is June 13. 2008.

Petitioner then Request this Court to issue A stay OF PROCEEDINGS IN Instant Case and Hold

PETITIONERS matter IN ABEYANCE PENDING Completion OF Petitioners CURRENTLY PENDING STATE HABEAS CORPUS ' EXHAUSTION Round of HABEAS CORPUS in the state COURT.

ON June. 2. 2008 Petitioner filed his state HABEAS Petition IN the CALIFORNIA COURT of Appeals 4th Appellate DISTRICT. And on June 3 2008 I Filed The SAME HABEAS Petition to the SUPERIOR COURT In SAN Diego. The Information I Recieved Was wrong I was Told I was To file to the Superior COURT NOT The Appellate Court. PetitiONER ASK the COURT TO EXTEND THE Time To Hold OFF the TIME While My STATE Court is Being heard I Believe I meet the (2) Prong Test ' my Case Is NOT meritless And I Have good CAUSE My Legal WORK Was Delayed, LOST, due to Lock down my ACCESS TO LAW LIBARY WAS Limited only Apply 30-days To DEADLINE which is June 11 2008 Inclosed is A copy OF the Form. I AM Also In experience with the Legal procedures I am only Now getting the Right Information they only GAVE me 30 day And NOT When I WORK And only when there open. NOT To mention with only A Limited amount of people allowed the Deck was stacked Agianst me. enclosed is An ATTACH DOCUMENT OF When I WAS Able To go To the LIBARY FOR my FEDRAL WRIT I am unable To Copy This REQUEST Could I Have A copy of

This REQUEST. I ASK THE COURT TO Please GIVE Relif to MY REQUEST AND ALLOW me an extension TO prepare MY CASE.

I certify under penalty of perjury that the following is true & correct

James Hammond
06/05/06

ATTACH DOCUMENT

Centinela State Prison

**Law Library**

## INMATE LEGAL DEADLINE NOTICE

Inmate HAMMOND CDC # F03607 C4-143

☒ Your deadline documentation was received in the library on December 21, 2007.

☒ Your deadline has been approved and you have access between: May 13, 2008 and June 11, 2008.

☐ Your deadline has been denied due to:

If you are assigned, you will be ducated on your RDO. If you are unassigned, you will be ducated on the next available date. However, you are responsible for requesting law library access.

If you are filing a statutory deadline, you must provide the rule under which you will be filing.