# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMMOND,<br><br>            Petitioner,<br><br>vs.<br><br><br>M. SMELOSKY, Warden,<br><br>           Respondent. | CASE NO. 08 CV 1051 JM (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Doc. No. 24 |

On August 28, 2009, Magistrate Judge Nita L. Stormes entered a Report and Recommendation. (Doc. No. 24). The Report and Recommendation, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that his petition for writ of habeas corpus be denied. Petitioner filed objections to the Report and Recommendation. (Doc. No. 27). Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his objections, Petitioner sets forth essentially the same arguments raised in his original petition. As the Report and Recommendation fully and properly responds to these arguments, the court hereby ADOPTS the Report and Recommendation in its entirety. Petitioner's petition for writ of habeas corpus is DENIED.

**IT IS SO ORDERED.**

DATED: November 9, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge