# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

JAMES HAMMOND

V.

M. SMELOSKY,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1051-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation in its entirety. Petitioner's petition for writ of habeas corpus is denied..................................................................................................................
..............................................................................................................................................................

| November 9, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 9, 2009